Prob12B (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 24  AM 6:57

LORETTA G. WHYTE
CLERK

## Request for Modifying the Conditions Or Terms of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing Attached)

**Name of Offender:** JOVON JORGE ROBINSON            **Case Number:** 053L 2:00CR00202-002-S

**Name of Sentencing Judicial Officer:** Honorable Mary Ann Vial Lemmon

**Offense:** Count 1: 21 USC 846 - Conspiracy to Possess with Intent to Distribute Cocaine Base; Count 3: 18 USC 924(c)(1)(A) - Possession of a Firearm During the Commission of Drug Trafficking Crime

**Date of Sentence:** February 21, 2001

**Sentence:** Eighty-seven months custody of the Bureau of Prisons as to Count 1 and Sixty months custody of the Bureau of Prison as to Count 3, sentences to run concurrently, to be followed by five years supervised release as to Counts 1 & 3, to run concurrently. A $100.00 special assessment fee was imposed as to Counts 1 & 3, for a total of $200.00.

**Special Conditions:**

1. Financial disclosure
2. Orientation and life skills
3. Drug treatment

**Type of Supervision:** Supervised Release       **Date Supervision Commenced:** October 14, 2006

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.

[ X ]  To modify the conditions of supervision as follows:

MENTAL HEALTH TREATMENT: The defendant shall participate in a program of mental health treatment to include psychiatric or psychological counseling, including following a medication regiment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

**REASON FOR MODIFICATION:**

As a result of Hurricane Katrina, Jovon J. Robinson was released to the Central District of California. Robinson presently resides with an older brother, with whom he has had little contact since the hurricane. Robinson's immediate family and children have been scattered by the hurricane. Robinson has advised his probation officer that he can no longer handle his losses and displacement without assistance of counseling.

Please find attached, Probation Form 49, signed by Robinson agreeing to the above-noted modification request.

```
__ Fee_____
__ Process___
X  Dktd_____
__ CtRmDep__
__ Doc. No.__
```

signature

David E. Wawrose
U.S. Probation Officer
October 16, 2006

REVIEWED BY:

Matthew G. Arseneaux
Supervising U. S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] Submit a Request for Warrant or Summons
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

October 23, 2006
Date

**DISTRIBUTION:**
    Original            - Clerk's Office
    1 Copy Certified  - U.S. Attorney
    1 Copy Certified  - Defense Counsel
    2 Copies Certified - U.S. Probation

PROB 49
(3/89)

# United States District Court

EASTERN District LOUISIANA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Mr. Jovon Jorge Robinson has begun to display evidence of emotional and mental health issues surrounding the losses he has suffered due to Hurricane Katrina. He and his family have been displaced and are scattered. He has expressed the desire to participate in mental health treatment, and has requested psychiatric and/or psychological counseling. The U. S. Probation Officer believes he will have a greater chance at success on supervision and in the future with the assistance of mental health counseling.

Praying that the Court will order, Jovon Jorge Robinson, as a special condition of supervision, to participate in a psychiatric or psychological counseling or treatment program including following a medication regiment as directed by the Probation Officer until discharged from the program by the Program Director with the approval of the U. S. Probation Officer.

Witness: _[signature]_ U.S. Probation Officer

Signed: _[signature]_ Probationer or Supervised Releasee

Date: 9/19/6